IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

PAWEL P. DYNKOWSKI, *et al.*,

        Defendants.

Case No. 1:09-cv-361

**STIPULATION AND ORDER FOR EXTENSION OF THE DEADLINES FOR
BRIEFING DEFENDANT MANGIAPANE'S
MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Securities and Exchange Commission and Defendant Joseph Mangiapane, Jr., subject to the approval of the Court, that the time for the defendant Joseph Mangiapane Jr. to file his motion to dismiss plaintiff's Second Amended Complaint, which is presently due on July 31, 2013, is extended through and including August 7, 2013; that the time for plaintiff to respond to defendant Joseph Mangiapane's Motion to Dismiss the Second Amended Complaint is extended through and including September 6, 2013; and, the deadline for defendant's reply brief is extended through and including September 20, 2013.

The reason for this request is because defendant requires additional time to file his motion to dismiss since his lead counsel will be out of the country until August 1, 2013, and to also provide Plaintiff sufficient time to present and respond to the arguments set forth in the Defendant's motion. Absent the requested and stipulated relief, the defendant's motion would be due on July 31, 2013, Plaintiff's response would be due on August 19, 2013, and Defendant's reply brief would be due on August 29, 2013. *See* Local Rule 7.1.2(b).

Dated: July 26, 2013

/s/ Stephan J. Schlegelmilch (per e-mail consent)

Stephan J. Schlegelmilch
(D.C. Bar No. 983874)
Assistant Chief Litigation Counsel
Division of Enforcement
Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549
Telephone: (202) 551-4935
Facsimile: (202) 772-9292
E-mail: SchlegelmilchS@SEC.gov
*Attorney for Plaintiff*
*Securities and Exchange Commission*

Stephen W. Spence  SAS 5392
Stephen W. Spence (#2033)
Phillips, Goldman & Spence, P. A.
1200 N. Broom Street
Wilmington, DE 19806
Telephone: 302-655-4200
Facsimile: 302-655-4210
Email: sws@pgslaw.com
*Attorneys for Defendant*
*Joseph Mangiapane, Jr.*

-and-

Robert S. Wolf
Jason Canales
*Admitted Pro Hac Vice*
Moses & Singer LLP
405 Lexington Avenue
New York, New York 10075
Telephone: 212-554-7800
Facsimile: 212-377-6075
Email: rwolf@mosessinger.com
Email: jcanales@mosessinger.com

2

IT IS SO ORDERED this 30th day of July, 2013.

_____
The Honorable Gregory M. Sleet
United States District Court Judge