IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : <br> : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    **Case No. 1:09-cv-361** <br> : |
| **PAWEL P. DYNKOWSKI,** *et al.*, | : <br> : |
| Defendants. | : <br> : |

## JOINT STATUS REPORT

On March 19, 2015, the Court entered an order requiring Plaintiff Securities and Exchange Commission's ("Commission") and Defendant Ternes to submit a joint report regarding the status of the parties' settlement negotiations. (D.I. 65.) Pursuant to the Court's Order, the Commission and Defendant Ternes hereby submit the following:

Since the date of the Court's Order, the parties have been working to finalize the terms of the settlement offer and to verify certain financial information upon which the offer of settlement is to be premised. To date, the Commission staff's efforts to verify the information have been delayed by the closure of the bank used by Defendant Ternes during the relevant time period. However, the staff is actively working to obtain the missing information from another source, and the parties are hopeful that the staff will be able to present Defendant Ternes' proposed settlement to the full Commission for consideration within the next few weeks.

Given the foregoing, the parties respectfully and jointly request that this Court continue to stay further briefing on the Plaintiff's Motion for Partial Summary Judgment against Defendant Florian Ternes to allow the parties to finalize the settlement documents, complete their verification efforts and to present Defendant Ternes' proposed settlement to the full Commission.

Respectfully submitted,

| | |
|---|---|
| */s/ Stephan J. Schlegelmilch* | */s/ Florian Ternes (per e-mail consent)* |
| Stephan J. Schlegelmilch | Florian Ternes |
| (D.C. Bar No. 983874) | 5508 Honey Mesquite Lane |
| Assistant Chief Litigation Counsel | Las Vegas, NV 89130 |
| Division of Enforcement | Telephone: (702) 577-8227 |
| Securities and Exchange Commission | E-mail: flo.ternes@gmail.com |
| 100 F Street, N.E. | *Pro se* |
| Washington, DC 20549 | |
| Telephone: (202) 551-4935 | |
| Facsimile: (202) 772-9292 | |
| E-mail: SchlegelmilchS@SEC.gov | |
| *Attorney for Plaintiff* | |
| *Securities and Exchange Commission* | |

Dated: April 30, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2015, I electronically filed the foregoing *Joint Status Report* with the Clerk of the Court using the CM/ECF system.

I also hereby certify that on this same date, I served the foregoing by regular United States mail, postage pre-paid, as follows:

| | |
|---|---|
| Pawel P. Dynkowski<br>12 Bordeaux Blvd.<br>Newark, Delaware 19702<br>*Defendant* | Richard A. Bailey<br>6592 Kell Lane<br>Las Vegas, Nevada 89156<br>*Defendant* |
| Jacob Canceli<br>26722 Calle Maria<br>Mission Viejo, California 92691<br>*Defendant* | Gary C. Heath<br>1705 W. Peralta Ave.<br>Mesa, Arizona 85202<br>*Defendant* |
| James Meagher<br>167 Katherine's Way<br>Raynham, Massachusetts 02767<br>*Defendant* | Florian Ternes<br>5508 Honey Mesquite Lane<br>Las Vegas, Nevada 89130<br>*Defendant* |

/s/ Stephan J. Schlegelmilch
*Attorney for Plaintiff*
*Securities and Exchange Commission*