IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | Civil Action No. 1:09-cv-361-GMS |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | |
| PAWELL P. DYNKOWSKI, et. al., | ) ) ) | |
| Defendants. | ) ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Anthony DeMint, Esq. of DeMint Law, PLLC, 3753 Howard Hughes Parkway, #200-314, Las Vegas, Nevada 89169, to represent Defendant Joseph Mangiapane, Jr. in this matter.

Signed: _____
James Liguori, Esq.
Deleware State Bar No. 415
Liguori and Morris
46 The Green
Dover, DE 19901
Telephone: (302) 678-9900
Email: jliguori@lmylaw.com

Attorney for: Joseph Mangiapane, Jr.

Date: 4/27/17

ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of Nevada and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: 4/25/17

Anthony N. DeMint, Esq.
Nevada State Bar No. 11369
DeMint Law, PLLC
3753 Howard Hughes Parkway, #200-314
Las Vegas, Nevada 89169
Telephone: (702) 586-6436
Email: anthony@demintlaw.com