# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOSEPH MANGIAPANE JR., )<br>)<br>Defendant. ) | Civ. No. 09-361-JFB |

## FINAL JUDGMENT AS TO RICHARD A. BAILEY

At Wilmington this 6th day of June, 2018:

WHEREAS, on January 23, 2018, based upon consent between Plaintiff, Securities and Exchange Commission ("SEC" or the "Commission") and Defendant, Richard A. Bailey ("Mr. Bailey"), this Court ordered Judgment as to Mr. Bailey (D.I. 155),

WHEREAS, as part of the consent Judgment, the SEC was to seek Final Judgment for disgorgement of gains, prejudgment interest, and a civil penalty (*id.* at Section VI.),

WHEREAS, the SEC now moves for Final Judgment as to Mr. Bailey (D.I. 188),

WHEREAS, Mr. Bailey appears *pro se*.and has not responded to the SEC's motion, and

WHEREAS, the Court has reviewed the SEC's motion and the uncontested facts in the record,

IT IS ORDERED that:

1. Mr. Bailey shall pay disgorgement of $108,000, representing profits gained as a result of the conduct alleged in the Second Amended Complaint (D.I. 25), prejudgment interest (on these profits) of $63,445.91, and a civil penalty of $108,000 pursuant to Section 20(d) of the Securities Act, 15 U.S.C. § 77t(d), and Section 21(d)(3) of the Exchange Act, 15 U.S.C. § 78u(d)(3);

2. Mr. Bailey shall satisfy this obligation by paying the total amount of $279,445.91 to the Securities and Exchange Commission within 14 days after entry of this Final Judgment;

3. Mr. Bailey may pay the Commission in any of the following manners:

   a. Electronic payment—the SEC will provide detailed ACH transfer/Fedwire instructions upon request;

   b. Direct payment from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm; or

   c. By certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

      Enterprise Services Center
      Accounts Receivable Branch
      6500 South MacArthur Boulevard
      Oklahoma City, OK 73169

      and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Richard A.

Bailey as a defendant in this action; and specifying that payment is made pursuant to this Final Judgment;

4. Mr. Bailey shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action;

5. The Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury; and

6. The Clerk of Court is directed to enter Final Judgment in favor of the SEC and against Mr. Bailey.

_____
Senior United States District Judge